

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00019-CV

EVERICK L. MONK, Appellant

V.

OFFICER MASSEY, ET AL., Appellees

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 22C0548-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

On May 31, 2022, Everick L. Monk sued Officer Massey and others for alleged assault and coercion. *Monk v. Massey*, No. 06-23-00009-CV, 2023 WL 2733410, at *1 (Tex. App.—Texarkana Mar. 31, 2023, pet. filed). "On December 30, 2022, the trial court entered an order dismissing Monk's lawsuit." *Id.* On March 31, 2023, this Court dismissed Monk's direct appeal from the trial court's dismissal order for failure to meet the requirements of Chapter 14 of the Texas Civil Practice and Remedies Code. *Id.* at *2. We have disposed of Monk's direct appeal from the final judgment in this case, and there is no other appealable order or judgment in the record currently before this Court.

By letter dated May 10, 2023, we notified Monk of this potential defect in our jurisdiction and afforded him the opportunity to demonstrate proper grounds for our retention of the appeal. Although Monk responded to our letter, his response failed to demonstrate proper grounds for our retention of the appeal. As a result, this appeal is ripe for dismissal.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


Jeff Rambin
Justice

Date Submitted:    June 5, 2023
Date Decided:     June 6, 2023